## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SDT HOLDINGS, LLC,  Civil No. 08-0687 (JRT/JJK)

                Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

UNITED STATES OF AMERICA, JOHN DOE, AND MARY ROE,

                Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes, dated June 1, 2009, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint [Docket No. 1], is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to return the Original Share Certificate, representing Two Million Eight Hundred Thousand (2,800,000) Shares of Espre Solutions Inc. stock issued to Plaintiff SDT Holdings dated March 7, 2008, from the Court Registry, to Plaintiff SDT Holdings.

Dated: June 25, 2009
at Minneapolis, Minnesota                                   s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                  United States District Judge